# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DE HAAN, | Case No. 5:18-cv-00559 PA(SPx) |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | Judge: Hon. Percy Anderson |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 5:18-cv-00559 PA(SPx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED all dates be vacated and taken off the court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: July 31, 2018

_____
PERCY ANDERSON
United States District Court Judge